# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAURIE BORDOCK**                                                        **PLAINTIFF**

**v.**                                  **No. 4:23-cv-442-DPM**

**MORRILTON DISTRICT COURT**                            **DEFENDANT**

## JUDGMENT

Bordock's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_8 June 2023_